(9/1/2009)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:  
    DIANE LYNN DEPIERRO

Debtor(s)  
SSN(1) XXX-XX-4727

Case No. 10-80546-  
Judge Catharine R. Aron

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Richard M. Hutson, II, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/25/2010.

2) The plan was confirmed on 07/06/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/21/2011, 06/21/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/09/2012.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $47,807.40 |
| Less amount refunded to debtor | $1,557.69 |
| **NET RECEIPTS:** | **$46,249.71** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,400.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,860.56 |
| Other | $23.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,283.56** |

Attorney fees paid and disclosed by debtor: $200.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS BANK FSB | Unsecured | 6,544.00 | 6,737.11 | 6,737.11 | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | Secured | NA | 1,909.90 | 1,909.90 | 1,909.90 | 0.00 |
| BAC HOME LOANS SERVICING LP | Secured | 228,077.50 | 19,388.26 | 0.00 | 19,388.26 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 11,964.00 | 12,003.57 | 12,003.57 | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 280.00 | 280.33 | 280.33 | 0.00 | 0.00 |
| CITI CARD** | Unsecured | 15,678.00 | NA | NA | 0.00 | 0.00 |
| CR EVERGREEN LLC | Unsecured | 8,623.00 | 8,623.30 | 8,623.30 | 0.00 | 0.00 |
| DURHAM CITY/COUNTY TAX OFFICI | Priority | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 2,623.00 | 2,623.90 | 2,623.90 | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Unsecured | NA | 407.28 | 407.28 | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Secured | 2,149.00 | 1,742.05 | 1,742.05 | 1,178.60 | 113.09 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 4,209.00 | 4,209.66 | 4,209.66 | 0.00 | 0.00 |
| LOCHSIDE MASTER HOA | Secured | 480.00 | 477.07 | 0.00 | 378.95 | 0.00 |
| LOCHSIDE MASTER HOA | Secured | NA | 165.00 | 71.05 | 71.05 | 0.00 |
| NORTH CAROLINA DEPT OF REVENU | Priority | 1,802.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 672.00 | 672.26 | 672.26 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 396.00 | 396.54 | 396.54 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 3,061.00 | 3,061.74 | 3,061.74 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 157.00 | 157.17 | 157.17 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NATI | Unsecured | 166.00 | 119.39 | 119.39 | 0.00 | 0.00 |
| WORLD OMNI FINANCIAL | Secured | 24,135.40 | 24,272.77 | 24,272.77 | 15,293.08 | 1,633.22 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $19,767.21 | $0.00 |
| Mortgage Arrearage | $1,980.95 | $1,980.95 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $26,014.82 | $16,471.68 | $1,746.31 |
| **TOTAL SECURED:** | **$27,995.77** | **$38,219.84** | **$1,746.31** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$39,292.25** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,283.56 |
| Disbursements to Creditors | $39,966.15 |
| **TOTAL DISBURSEMENTS :** | **$46,249.71** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/16/2012   By: /s/ Richard M. Hutson, II
                                           Trustee

xc  DIANE LYNN DEPIERRO
    U.S. BANKRUPTCY ADMIN
    JOHN T ORCUTT
    6616-203 SIX FORKS ROAD
    RALEIGH, NC 27615

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.