# FINAL COMPENSATION SUMMARY SHEET
## FOR TRUSTEE AND ATTORNEY FOR TRUSTEE

| TRUSTEE | John A. Northen | JUDGE | Catharine R. Aron |
|---|---|---|---|
| CASE NAME | Diane Lynn DePierro | PETITION DATE | March 25, 2010 |
| CASE NUMBER | 10-80546 | Chapter 7 Conversion | April 9, 2012 |
| | | APPLICATION DATE | March 5, 2013 |

| | |
|---|---|
| Total Receipts | $3,686.16 |
| Total Disbursements | $145.00 |
| BALANCE ON HAND | $3,541.16 |

| COMPENSATION SUMMARY | Total Requested | Paid to Date | Balance Due |
|---|---|---|---|
| John A. Northen, Trustee Commission | $921.54 | $0.00 | $921.54 |
| John A. Northen, Trustee Expenses | $0.00 | $0.00 | $0.00 |
| John A. Northen, Attorney Fees | $1,347.50 | $0.00 | $1,347.50 |
| John A. Northen, Attorney Expenses | $0.00 | $0.00 | $0.00 |
| TOTALS | $2,269.04 | $0.00 | $2,269.04 |

### TRUSTEE COMMISSION AND EXPENSES

| Name/Title | Time Frame | Maximum Commission Allowed | Total Hours | Hourly Rate | Calculated Hourly Rate | Commission Due | Total Expenses | Expenses Paid | Balance Expenses Due |
|---|---|---|---|---|---|---|---|---|---|
| Stephanie Osborne-Rodgers, Assoc. | 09/09 thru 2013 | | 3.8 | $200.00 | $760.00 | $921.54 | | | |
| Elaine VanCise, Certified Paralegal | 2009-2013 | | 4.6 | $85.00 | $391.00 | | | | |
| John A. Northen, Trustee | | | 0.2 | $275.00 | $55.00 | | | | |
| TOTAL DUE | | $921.54 | 8.6 | $107.16 | $1,206.00 | $921.54 | $0.00 | | $0.00 |

| ATTORNEY FOR TRUSTEE FEES AND EXPENSES Name/Title | Time Frame | Fees Requested | Total Hours | Hourly Rate | Amount of Fees Paid | Balance of Fees Due | Total Expenses | Expenses Paid | Balance Expenses Due |
|---|---|---|---|---|---|---|---|---|---|
| Stephanie Osborne-Rodgers, Assoc. | 09/09 thru 2013 | $1,120.00 | 5.6 | $200.00 | $0.00 | $1,120.00 | | | $0.00 |
| Stephanie Osborne-Rodgers, Assoc. | Travel 09/09 thru 2013 | $100.00 | 1 | $100.00 | $0.00 | $100.00 | | | $0.00 |
| Elaine VanCise, Certified Paralegal | 2009-2013 | $127.50 | 1.5 | $85.00 | $0.00 | $127.50 | | | $0.00 |
| TOTAL DUE | | $1,347.50 | 8.1 | $166.36 | $0.00 | $1,347.50 | $0.00 | | $0.00 |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In re: DEPIERRO, DIANE LYNN

§ Case No. 10-80546
§
§
§

Debtors

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 11 of the United States Bankruptcy Code on March 25, 2010. The case was converted to one under Chapter 7 on April 09, 2012. The undersigned trustee was appointed on April 09, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $    7,372.31

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 145.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 3,686.15 |
| Exemptions paid to the debtor | 0.00 |
| Leaving a balance on hand of | $   3,541.16 |

The remaining funds are available for distribution.

Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

TFR (4/1/2009)

5. The deadline for filing claims in this case was 10/16/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

6. The Trustee's proposed distribution is attached as **Exhibit D**.

7. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $921.54. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $921.54, for a total compensation of $921.54. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/05/2013 _____ By: /s/JOHN A. NORTHEN (Chapter 7 Trustee) _____
                              Trustee

**TFR (4/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-80546

**Case Name:** DEPIERRO, DIANE LYNN

**Period Ending:** 03/05/13

**Trustee:** (530150) JOHN A. NORTHEN (Chapter 7 Trustee)

**Filed (f) or Converted (c):** 04/09/12 (c)

**§341(a) Meeting Date:** 05/11/12

**Claims Bar Date:** 10/16/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | House and Land 914 Odyssey Drive Durham, NC 2771<br>  Orig. Asset Memo: Orig. Description: House and Land<br>914 Odyssey Drive<br>Durham, NC 27713<br>Valuation Method (Sch. A & B) : FMV unless otherwise noted. | 254,639.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Hand<br>  Orig. Asset Memo: Orig. Description: Cash on Hand | 30.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account Sun Trust Bank<br>  Orig. Asset Memo: Orig. Description: Checking Account<br>Sun Trust Bank | 350.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings Account Sun Trust Bank<br>  Orig. Asset Memo: Orig. Description: Savings Account<br>Sun Trust Bank | 11.13 | 0.00 | DA | 0.00 | FA |
| 5 | Household Goods and Furnishings<br>  Orig. Asset Memo: Orig. Description: Household Goods and Furnishings | 3,025.00 | 2,722.50 | DA | 0.00 | FA |
| 6 | Clothing<br>  Orig. Asset Memo: Orig. Description: Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 7 | Anticipated 2009 Federal Tax Returns (Debtor owe<br>  Orig. Asset Memo: Orig. Description: Anticipated 2009 Federal Tax Returns<br>(Debtor owes $1,802.00 for State Tax Returns) | 2,004.00 | 0.00 | DA | 0.00 | FA |
| 8 | Automobile 2005 Toyota Camry VIN: 4T1 BA32K95U04<br>  Overage received from lender after repossession sale<br><br>Insurance Policy: GEICO - 4151-48-49-81<br>Mileage: 48,566 | 9,220.00 | 7,372.31 | | 7,372.31 | FA |
| 9 | Automobile 2009 Toyota Tacoma VIN: 5TETX62N99Z60 | 18,045.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-80546
**Case Name:** DEPIERRO, DIANE LYNN

**Period Ending:** 03/05/13

**Trustee:** (530150)  JOHN A. NORTHEN (Chapter 7 Trustee)
**Filed (f) or Converted (c):** 04/09/12 (c)
**§341(a) Meeting Date:** 05/11/12
**Claims Bar Date:** 10/16/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | Possible Consumer Rights Claim(s) Subject to App<br>Orig. Asset Memo: Orig. Description: Possible<br>Consumer Rights Claim(s)<br>Subject to Approval of Settlement/Award by<br>Bankruptcy Court | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | **Assets    Totals (Excluding unknown values)** | **$287,724.13** | **$10,094.81** | | **$7,372.31** | **$0.00** |

**Major Activities Affecting Case Closing:**

Draft orders for objections to claims.
Draft final report and fee application.

Debtor changed address per docket 7/2/12

**Initial Projected Date Of Final Report (TFR):**  December 31, 2012      **Current Projected Date Of Final Report (TFR):**  April 30, 2013

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-80546
**Case Name:** DEPIERRO, DIANE LYNN

**Taxpayer ID #:** **-***4602
**Period Ending:** 03/05/13

**Trustee:** JOHN A. NORTHEN (Chapter 7 Trustee) (530150)
**Bank Name:** Rabobank, N.A.
**Account:** ****502566 - Checking Account
**Blanket Bond:** $21,099,309.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,561.16 | | 3,561.16 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 3,551.16 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 3,541.16 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 3,561.16 | 20.00 | $3,541.16 |
| Less: Bank Transfers | 3,561.16 | 0.00 | |
| **Subtotal** | 0.00 | 20.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $20.00 | |

{} Asset reference(s)

Printed: 03/05/2013 10:08 AM    V.13.12

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-80546
**Case Name:** DEPIERRO, DIANE LYNN

**Taxpayer ID #:** **-***4602
**Period Ending:** 03/05/13

**Trustee:** JOHN A. NORTHEN (Chapter 7 Trustee) (530150)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******41-66 - Checking Account
**Blanket Bond:** $21,099,309.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/10/12 | {8} | World Omni Financial Corp | overage on sale of vehicle | 1129-000 | 770.35 | | 770.35 |
| 07/10/12 | {8} | World Omni Financial Corp. | surplus on sale of vehicle | 1129-000 | 6,601.96 | | 7,372.31 |
| 07/19/12 | 101 | Christopher De Pierro | Co-Owner's equity in surplus proceeds of truck following sale | 8500-002 | | 3,686.15 | 3,686.16 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,661.16 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,636.16 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,611.16 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,586.16 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,561.16 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001053015088 20121220 | 9999-000 | | 3,561.16 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 7,372.31 | 7,372.31 | $0.00 |
| Less: Bank Transfers | | 0.00 | 3,561.16 | |
| **Subtotal** | | 7,372.31 | 3,811.15 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $7,372.31 | $3,811.15 | |

| Net Receipts : | 7,372.31 |
|---|---|
| Less Other Noncompensable Items : | 3,686.15 |
| Net Estate : | $3,686.16 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****502566 | 0.00 | 20.00 | 3,541.16 |
| Checking # 9200-******41-66 | 7,372.31 | 3,811.15 | 0.00 |
| | $7,372.31 | $3,831.15 | $3,541.16 |

{} Asset reference(s)

Printed: 03/05/2013 10:08 AM    V.13.12

# Middle District of North Carolina
# Claims Register

10-80546 Diane Lynn DePierro **Converted** 04/09/2012

**Bankruptcy Judge:** Catharine R. Aron
**Office:** Durham

**Trustee:** John A. Northen

**Chapter:** 7
**Last Date to file claims:** 10/16/2012
**Last Date to file (Govt):**

| | |
|---|---|
| *Creditor:* (784895160)<br>JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD MN 56302  Claimant<br>History | **Claim No: 1**<br>*Original Filed*<br>*Date:* 04/06/2010<br>*Original Entered*<br>*Date:* 04/06/2010 |

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

| Amount | claimed: | $4209.66 | Amount allowed: $0.00 |
|---|---|---|---|
| Secured | claimed: | $0.00 | Secured allowed: $0.00 |
| Priority | claimed: | $0.00 | Priority allowed: $0.00 |
| Unknown | claimed: | $0.00 | Unknown allowed: $0.00 |
| Unsecured claimed: | | $4209.66 | Unsecured allowed: $0.00 |

*History:*

Details 1- 04/06/2010 Claim #1 filed by Wachovia Card Services, Amount claimed: $4209.66 (admin)
     1

55 01/12/2012 Transfer of Claim with Waiver of Notice: Transfer Agreement 3001 (e) 2 Transferor:
     Wachovia Card Services (Claim No. 1) To JEFFERSON CAPITAL SYSTEMS LLC
     (Payment, Amy)

*Description:* Allow as general unsec. Claim $4209.66

*Remarks:* (1-1) Account Number (last 4 digits):5921

| | |
|---|---|
| *Creditor:* (784520019)<br>HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | **Claim No: 2**<br>*Original Filed*<br>*Date:* 04/07/2010<br>*Original Entered*<br>*Date:* 04/07/2010 |

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

| Amount | claimed: | $2149.33 | Amount allowed: $0.00 |
|---|---|---|---|
| Secured | claimed: | $1742.05 | Secured allowed: $0.00 |
| Priority | claimed: | $0.00 | Priority allowed: $0.00 |
| Unknown | claimed: | $0.00 | Unknown allowed: $0.00 |
| Unsecured claimed: | | $407.28 | Unsecured allowed: $0.00 |

Allowed as gen.
unsec. claim in
amt of $407.28

*History:*

Details 2-1 04/07/2010 Claim #2 filed by HSBC Bank Nevada, N.A., Amount claimed: $2149.33 (admin)
*Description:* Disallowed secured per order entered 2-8-13

*Remarks:* (2-1) Account Number (last 4 digits):1058

| | |
|---|---|
| *Creditor:* (784539003)<br>WORLD OMNI FINANCIAL CORP<br>c/o Weltman, Weinberg & Reis<br>323 W. Lakeside Ave., 2 Fl.<br>Cleveland, OH 44113 | **Claim No: 3**<br>*Original Filed*<br>*Date:* 05/04/2010<br>*Original Entered*<br>*Date:* 05/04/2010 |

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

Case 10-80546   Doc 95   Filed 03/05/13   Page 9 of 24

*Last Amendment*
*Filed:* 05/05/2010
*Last Amendment*
*Entered:* 05/05/2010

| | | | |
|---|---|---|---|
| Amount | claimed: $24272.77 | | Amount allowed: $0.00 |
| Secured | claimed: $24272.77 | | Secured allowed: $0.00 |
| Priority | claimed: | $0.00 | Priority allowed: $0.00 |
| Unknown | claimed: | $0.00 | Unknown allowed: $0.00 |
| Unsecured claimed: | | $0.00 | Unsecured allowed: $0.00 |

*History:*

Details 3-1 05/04/2010 Claim #3 filed by WORLD OMNI FINANCIAL CORP, Amount claimed: $24272.77 (admin)

Details 3-2 05/05/2010 Amended Claim #3 filed by WORLD OMNI FINANCIAL CORP, Amount claimed: $24272.77 (admin)

*Description:* Disallowed in its entirety.
*Remarks:* (3-1) Account Number (last 4 digits):4888
(3-2) Account Number (last 4 digits):4888

| | | |
|---|---|---|
| *Creditor:* (784540833) | **Claim No: 4** | *Status:* |
| Chase Bank USA,N.A. | *Original Filed* | *Filed by:* CR |
| c/o Creditors Bankruptcy Service | *Date:* 05/06/2010 | *Entered by:* admin |
| P O Box 740933 | *Original Entered* | *Modified:* |
| Dallas, TX 75374 | *Date:* 05/06/2010 | |

| | | | |
|---|---|---|---|
| Amount | claimed: $280.33 | | Amount allowed: $0.00 |
| Secured | claimed: | $0.00 | Secured allowed: $0.00 |
| Priority | claimed: | $0.00 | Priority allowed: $0.00 |
| Unknown | claimed: | $0.00 | Unknown allowed: $0.00 |
| Unsecured claimed: $280.33 | | | Unsecured allowed: $0.00 |

*History:*

Details 4-1 05/06/2010 Claim #4 filed by Chase Bank USA,N.A., Amount claimed: $280.33 (admin)

*Description:* Allow as general unsec. claim $280.33
*Remarks:* (4-1) Account Number (last 4 digits):4342

| | | |
|---|---|---|
| *Creditor:* (784544588) | **Claim No: 5** | *Status:* |
| American Express Bank FSB | *Original Filed* | *Filed by:* CR |
| POB 3001 | *Date:* 05/13/2010 | *Entered by:* admin |
| Malvern, PA 19355-0701 | *Original Entered* | *Modified:* |
| | *Date:* 05/13/2010 | |

| | | | |
|---|---|---|---|
| Amount | claimed: $6737.11 | | Amount allowed: $0.00 |
| Secured | claimed: | $0.00 | Secured allowed: $0.00 |
| Priority | claimed: | $0.00 | Priority allowed: $0.00 |
| Unknown | claimed: | $0.00 | Unknown allowed: $0.00 |
| Unsecured claimed: $6737.11 | | | Unsecured allowed: $0.00 |

*History:* Allow as general unsec. claim $6737.11

Details 5-1 05/13/2010 Claim #5 filed by American Express Bank FSB, Amount claimed: $6737.11 (admin)

*Description:*
*Remarks:* (5-1) Account Number (last 4 digits):1001

Creditor: (784549856)
American InfoSource as agent for World Financial
Network National Bank assignee /
Dress Barn
PO Box 248872
Oklahoma City, OK 73124-8872

**Claim No: 6**
Original Filed
Date: 05/24/2010
Original Entered
Date: 05/24/2010

Status:
Filed by: CR
Entered by: admin
Modified:

| Amount | claimed: $119.39 | Amount allowed: $0.00 |
|---|---|---|
| Secured | claimed: $0.00 | Secured allowed: $0.00 |
| Priority | claimed: $0.00 | Priority allowed: $0.00 |
| Unknown | claimed: $0.00 | Unknown allowed: $0.00 |
| Unsecured | claimed: $119.39 | Unsecured allowed: $0.00 |

History:
Details 6-1 05/24/2010 Claim #6 filed by American InfoSource as agent for World Financial, Amount claimed: $119.39 (admin)

Description: Allow as general unsec. claim $119.39
Remarks: (6-1) Account Number (last 4 digits):6207

Creditor: (784561813)
PRA Receivables Management, LLC As Agent Of
Portfolio Recovery Assocs.,LLC
PO Box 41067
Norfolk, VA 23541

**Claim No: 7**
Original Filed
Date: 06/11/2010
Original Entered
Date: 06/11/2010

Status:
Filed by: CR
Entered by: admin
Modified:

| Amount | claimed: $672.26 | Amount allowed: $0.00 |
|---|---|---|
| Secured | claimed: $0.00 | Secured allowed: $0.00 |
| Priority | claimed: $0.00 | Priority allowed: $0.00 |
| Unknown | claimed: $0.00 | Unknown allowed: $0.00 |
| Unsecured | claimed: $672.26 | Unsecured allowed: $0.00 |

History:
Details 7-1 06/11/2010 Claim #7 filed by PRA Receivables Management, LLC As Agent Of, Amount claimed: $672.26 (admin)

Description: Allow as general unsec. claim $672.26
Remarks: (7-1) Account Number (last 4 digits):0446

Creditor: (784562875)
PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs
c/o Union Consumer
PO Box 12914
Norfolk, VA 23541

**Claim No: 8**
Original Filed
Date: 06/14/2010
Original Entered
Date: 06/14/2010

Status:
Filed by: CR
Entered by: admin
Modified:

| Amount | claimed: $396.54 | Amount allowed: $0.00 |
|---|---|---|
| Secured | claimed: $0.00 | Secured allowed: $0.00 |
| Priority | claimed: $0.00 | Priority allowed: $0.00 |
| Unknown | claimed: $0.00 | Unknown allowed: $0.00 |
| Unsecured | claimed: $396.54 | Unsecured allowed: $0.00 |

History: Allow as general unsec. Claim $396.54
Details 8-1 06/14/2010 Claim #8 filed by PRA Receivables Management, LLC, Amount claimed: $396.54 (admin)

*Description:*
*Remarks:* (8-1) Account Number (last 4 digits):7948

*Creditor:* (784568084)
BAC Home Loans Servicing, LP
7015 Corporate Drive
Mail Stop TX2-982-03-03
Plano, TX 75024

**Claim No: 9**
*Original Filed*
*Date:* 06/22/2010
*Original Entered*
*Date:* 06/22/2010

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

| Amount | claimed: $233930.48 | Amount allowed: $0.00 |
| Secured | claimed: $233930.48 | Secured allowed: $0.00 |
| Priority | claimed: | $0.00 | Priority allowed: $0.00 |
| Unknown | claimed: | $0.00 | Unknown allowed: $0.00 |
| Unsecured claimed: | $0.00 | Unsecured allowed: $0.00 |

*History:*
Details   9-1  06/22/2010 Claim #9 filed by BAC Home Loans Servicing, LP, Amount claimed: $233930.48
(admin)

*Description:* Disallowed in its entirety.
*Remarks:* (9-1) Account Number (last 4 digits):2060

*Creditor:* (784570576)
PRA Receivables Management, LLC As
Agent of
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

**Claim No: 10**
*Original Filed*
*Date:* 06/26/2010
*Original Entered*
*Date:* 06/26/2010

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

| Amount | claimed: $157.17 | Amount allowed: $0.00 |
| Secured | claimed: | $0.00 | Secured allowed: $0.00 |
| Priority | claimed: | $0.00 | Priority allowed: $0.00 |
| Unknown | claimed: | $0.00 | Unknown allowed: $0.00 |
| Unsecured claimed: $157.17 | Unsecured allowed: $0.00 |

Allow as general
unsec. claim
in amount of 157.17

*History:* Disallowed in its entirety.
Details   10-1  06/26/2010 Claim #10 filed by PRA Receivables Management, LLC As Agent of, Amount
claimed: $157.17 (admin)

*Description:*
*Remarks:* (10-1) Account Number (last 4 digits):7723

*Creditor:* (784570576)
PRA Receivables Management, LLC As
Agent of
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

**Claim No: 11**
*Original Filed*
*Date:* 06/26/2010
*Original Entered*
*Date:* 06/26/2010

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

| Amount | claimed: $3061.74 | Amount allowed: $0.00 |
| Secured | claimed: | $0.00 | Secured allowed: $0.00 |
| Priority | claimed: | $0.00 | Priority allowed: $0.00 |
| Unknown | claimed: | $0.00 | Unknown allowed: $0.00 |
| Unsecured claimed: $3061.74 | Unsecured allowed: $0.00 |

*History:* Allow as general unsec. claim in amount of
$3061.74

Details 11-1 06/26/2010 Claim #11 filed by PRA Receivables Management, LLC As Agent of, Amount claimed: $3061.74 (admin)

*Description:*
*Remarks:* (11-1) Account Number (last 4 digits):6985

*Creditor:* (784577992)
Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

**Claim No: 12**
*Original Filed*
*Date:* 07/08/2010
*Original Entered*
*Date:* 07/08/2010

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

| Amount | claimed: $12003.57 | | Amount allowed: $0.00 |
|---|---|---|---|
| Secured | claimed: | $0.00 | Secured allowed: $0.00 |
| Priority | claimed: | $0.00 | Priority allowed: $0.00 |
| Unknown | claimed: | $0.00 | Unknown allowed: $0.00 |
| Unsecured claimed: $12003.57 | | | Unsecured allowed: $0.00 |

*History:*
Details 12-1 07/08/2010 Claim #12 filed by Capital One Bank (USA), N.A., Amount claimed: $12003.57 (admin)

*Description:* Allow as general unsec. claim in amount of $12,003.57 *(handwritten)*
*Remarks:* (12-1) Account Number (last 4 digits):3665

*Creditor:* (785043877)
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541  Claimant History

**Claim No: 13**
*Original Filed*
*Date:* 07/23/2010
*Original Entered*
*Date:* 07/23/2010

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

| Amount | claimed: $2623.90 | | Amount allowed: $0.00 |
|---|---|---|---|
| Secured | claimed: | $0.00 | Secured allowed: $0.00 |
| Priority | claimed: | $0.00 | Priority allowed: $0.00 |
| Unknown | claimed: | $0.00 | Unknown allowed: $0.00 |
| Unsecured claimed: $2623.90 | | | Unsecured allowed: $0.00 |

*History:*
Details 13- 07/23/2010 Claim #13 filed by GE Money Bank, Amount claimed: $2623.90 (admin)
1 Allow as general unsec. Claim in amt of $2623.90 *(handwritten)*
76 10/15/2012 Transfer of Claim and Notice of Transfer: Transfer Agreement 3001 (e) 2 Transferor: GE Money Bank (Claim No. 13) To Portfolio Recovery Associates, LLC (Garcia, Delores)

*Description:*
*Remarks:* (13-1) Account Number (last 4 digits):6456

*Creditor:* (784587999)
CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

**Claim No: 14**
*Original Filed*
*Date:* 07/23/2010
*Original Entered*
*Date:* 07/23/2010

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

| Amount | claimed: $8623.30 | | Amount allowed: $0.00 |
|---|---|---|---|
| Secured | claimed: | $0.00 | Secured allowed: $0.00 |

Priority    claimed:    $0.00          Priority allowed: $0.00
Unknown  claimed:    $0.00          Unknown allowed: $0.00
Unsecured claimed: $8623.30        Unsecured allowed: $0.00

*History:*
Details   14-1 07/23/2010 Claim #14 filed by CR Evergreen, LLC, Amount claimed: $8623.30 (admin)
*Description:*   Allow as general unsec. claim in ant of $8623.30
*Remarks:* (14-1) Account Number (last 4 digits):4612

---

*Creditor:*   (784592698)                 **Claim No: 15**              *Status:*
Lochside Master HOA                        *Original Filed*             *Filed by:* CR
c/o Gunter and Flowers, PLLC               *Date:* 07/30/2010           *Entered by:* admin
123 Glenwood Ave                           *Original Entered*           *Modified:*
Raleigh, NC 27603                          *Date:* 07/30/2010

Amount     claimed: $165.00        Amount allowed: $0.00
Secured    claimed: $165.00        Secured allowed: $0.00
Priority   claimed:    $0.00          Priority allowed: $0.00
Unknown  claimed:    $0.00          Unknown allowed: $0.00
Unsecured claimed:    $0.00        Unsecured allowed: $0.00      entered  3-8-13
*History:*  Disallowed per order
Details   15-1 07/30/2010 Claim #15 filed by Lochside Master HOA, Amount claimed: $165.00 (admin)
*Description:*
*Remarks:*

---

*Creditor:*   (785005476)                 **Claim No: 16**              *Status:*
Quantum3 Group LLC as agent for            *Original Filed*             *Filed by:* CR
World Financial Network Bank               *Date:* 08/01/2012           *Entered by:* admin
World Financial Network Bank               *Original Entered*           *Modified:*
PO Box 788                                 *Date:* 08/01/2012
Kirkland, WA 98083

Amount    claimed: $119.39
Unsecured claimed: $119.39      Allow as general unsec. claim $119.39
*History:*  Disallowed in its entirety
Details   16-1 08/01/2012 Claim #16 filed by Quantum3 Group LLC as agent for World Financial Network
                           Bank, Amount claimed: $119.39 (admin)

*Description:*
*Remarks:* (16-1) Account Number (last 4 digits):6207

---

*Creditor:*   (785044177)                 **Claim No: 17**              *Status:*
Capital One, N.A.                          *Original Filed*             *Filed by:* CR
c o Becket and Lee LLP                     *Date:* 10/16/2012           *Entered by:* Thomas Ambrose Lee, III
POB 3001                                   *Original Entered*           *Modified:*
Malvern, PA 19355-0701                     *Date:* 10/16/2012

Amount claimed: $280.33

*History:*
Details   17-1 10/16/2012 Claim #17 filed by Capital One, N.A., Amount claimed: $280.33 (Lee, Thomas )
*Description:* (17-1) CREDIT CARD DEBT
*Remarks:*   Withdrawn   Document #83

## Claims Register Summary

**Case Name:** Diane Lynn DePierro
**Case Number:** 10-80546
**Chapter:** 7
**Date Filed:** 03/25/2010
**Total Number Of Claims:** 17

| | |
|---|---|
| **Total Amount Claimed*** | $299802.27 |
| **Total Amount Allowed*** | $0.00 |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $260110.30 | $0.00 |
| **Priority** | $0.00 | $0.00 |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/11/2013 15:16:13 | | | |
| **PACER Login:** | nb0024 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 10-80546 Filed or Entered From: 1/1/1990 Filed or Entered To: 2/11/2013 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**Case Number:** 10-80546

**Debtor Name:** DEPIERRO, DIANE LYNN

Page: 1

**Date:** March 5, 2013

**Time:** 10:08:09 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOHN A. NORTHEN (Chapter 7 Trustee)<br>1414 Raleigh Road<br>Suite 435<br>Chapel Hill, NC 27517 | Admin Ch. 7 | | $921.54 | $0.00 | 921.54 |
| A1<br>200 | Northen Blue, LLP<br>PO Box 2208<br>ChapelHill, NC 27515 | Admin Ch. 7 | | $1,347.50 | $0.00 | 1,347.50 |
| 2S<br>100 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | Secured | 7021-2600-0967-1058<br>secured claim disallowed per order dated 2/8/13, obo Best Buy | $0.00 | $0.00 | 0.00 |
| 3<br>100 | WORLD OMNI FINANCIAL CORP<br>c/o Weltman, Weinberg & Reis<br>323 W. Lakeside Ave., 2 Fl.<br>Cleveland, OH 44113 | Secured | claim disallowed in its entirety by order entered 2/11/13; obo Mark Anderson Toyota | $0.00 | $0.00 | 0.00 |
| 3 -2<br>100 | WORLD OMNI FINANCIAL CORP<br>c/o Weltman, Weinberg & Reis<br>323 W. Lakeside Ave., 2 Fl.<br>Cleveland, OH 44113 | Secured | 001-01-0000002154888<br>claim disallowed in its entirety by order entered 2/11/13 | $0.00 | $0.00 | 0.00 |
| 9<br>100 | BAC Home Loans Servicing, LP<br>7015 Corporate Drive<br>Mail Stop TX2-982-03-03<br>Plano, TX 75024 | Secured | 188472060<br>claim disallowed in its entirety by order entered 2/11/13 | $0.00 | $0.00 | 0.00 |
| 15<br>100 | Lochside Master HOA<br>c/o Gunter and Flowers, PLLC<br>123 Glenwood Ave<br>Raleigh, NC 27603 | Secured | disallowed per order dated 2/8/13 | $0.00 | $0.00 | 0.00 |
| NOTFILED CAS, Inc.<br>100 | Post Office Box 83<br>Pinehurst, NC 28370 | Secured | 914 ODYSSEY DRIVE | $0.00 | $0.00 | 0.00 |
| 1<br>610 | JEFFERSON CAPITAL SYSTEMS LLC<br>obo Wachovia<br>PO BOX 7999,<br>St Cloud, MN 56302 | Unsecured | 4312-4325-4598-5921<br>claim allowed; no objection | $4,209.66 | $0.00 | 4,209.66 |
| 2U<br>610 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | Unsecured | general unsecured claim portion of $407.28 is allowed per order dated 2/8/13, | $407.28 | $0.00 | 407.28 |
| 4<br>610 | Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | 035-9554-342<br>allowed unsecured claim of $280.33; no objection | $280.33 | $0.00 | 280.33 |
| 5<br>610 | American Express Bank FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 3772-135080-81001<br>allowed unsecured claim of $6,737.11; no objection | $6,737.11 | $0.00 | 6,737.11 |

**Case Number:** 10-80546
**Debtor Name:** DEPIERRO, DIANE LYNN

Page: 2

**Date:** March 5, 2013
**Time:** 10:08:09 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---------|-------------------------|------------|------------------------|----------------|--------------|---------------|
| 6 610 | American InfoSource as agent for World Financial Network National Bank assignee / Dress Barn, PO Box 248872 Oklahoma City, OK 73124-8872 | Unsecured | 5856371017816207 allowed general unsecured claim of $119.39; no objection | $119.39 | $0.00 | 119.39 |
| 7 610 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs.,LLC PO Box 41067 Norfolk, VA 23541 | Unsecured | allowed general unsecured claim of $672.26; no objection | $672.26 | $0.00 | 672.26 |
| 8 610 | PRA Receivables Agent for Portfolio Recovery Assets c/o Union Consumer PO Box 12914 Norfolk, VA 23541 | Unsecured | allowed general unsecured claim of $396.54; no objection | $396.54 | $0.00 | 396.54 |
| 10 610 | PRA Receivables Management, LLC As Agent of Portfolio Recovery Associates, LLC PO Box 41067 Norfolk, VA 23541 | Unsecured | 5121-0719-4693-7723 Allowed general unsecured claim of $157.17; no objection | $157.17 | $0.00 | 157.17 |
| 11 610 | PRA Receivables Management, LLC As Agent of Portfolio Recovery Associates, LLC PO Box 41067 Norfolk, VA 23541 | Unsecured | 5049-9415-7607-6985 allowed general unsecured claim of $3,061.74; no objection | $3,061.74 | $0.00 | 3,061.74 |
| 12 610 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | 5291-4926-3855-3665 allowed general unsecured claim of $12,003.57; no objection | $12,003.57 | $0.00 | 12,003.57 |
| 13 610 | PRA Receivables, Agent for Portfolio Recovery Associates obo GE Money Bank P O Box 41067 Norfolk, VA 23541 | Unsecured | 6034611400116456 Transfer of claim on 10/15/12; allowed general unsecured claim of $2,623.90; no objection | $2,623.90 | $0.00 | 2,623.90 |
| 14 610 | CR Evergreen, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | 4888-9300-2378-0049 allowed general unsecured claim of $8,623.30; no objection | $8,623.30 | $0.00 | 8,623.30 |
| 16 610 | Quantum3 Group LLC as agent for World Financial Network Bank World Financial Network Bank PO Box 788 Kirkland, WA 98083 | Unsecured | allowed general unsecured claim of $119.39; no objection | $119.39 | $0.00 | 119.39 |
| 17 610 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | Withdrawn at Document #83 | $0.00 | $0.00 | 0.00 |

## EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: October 16, 2012

| | | | | | Date: March 5, 2013 | |
|---|---|---|---|---|---|---|
| **Case Number:** 10-80546 | | | Page: 3 | | Time: 10:08:09 AM | |
| **Debtor Name:** DEPIERRO, DIANE LYNN | | | | | | |
| **Claim #** | **Creditor Name & Address** | **Claim Type** | **Claim Ref. No. / Notes** | **Amount Allowed** | **Paid to Date** | **Claim Balance** |
| NOTFILED | Citi Card** | Unsecured | 5424-1801-3117-5074 | $0.00 | $0.00 | 0.00 |
| 610 | Post Office Box 6500 | | | | | |
| | Sioux Falls, SD 57117-6500 | | | | | |
| << Totals >> | | | | 41,680.68 | 0.00 | 41,680.68 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 10-80546
Case Name: DEPIERRO, DIANE LYNN
Trustee Name: JOHN A. NORTHEN (Chapter 7 Trustee)

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*

                  N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOHN A. NORTHEN (Chapter 7 Trustee) | $ 921.54 | $ |
| *Attorney for trustee* | Northen Blue, LLP | $ 1,347.50 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Quarterly Fees,* | | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**TFR (4/1/2009)**

| | | | | |
|---|---|---|---|---|
| Attorney for debtor | _____ | $ _____ | $ _____ |
| Attorney for | _____ | $ _____ | $ _____ |
| Accountant for | _____ | $ _____ | $ _____ |
| Appraiser for | _____ | $ _____ | $ _____ |
| Other | _____ | $ _____ | $ _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|---|
| | | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,411.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | JEFFERSON CAPITAL SYSTEMS LLC | $ 4,209.66 | $ 135.88 |
| 2U | HSBC Bank Nevada, N.A. | $ 407.28 | $ 13.15 |
| 4 | Chase Bank USA,N.A. | $ 280.33 | $ 9.05 |
| 5 | American Express Bank FSB | $ 6,737.11 | $ 217.46 |
| 6 | American InfoSource as agent for World Financial | $ 119.39 | $ 3.85 |
| 7 | PRA Receivables Management, LLC As Agent Of | $ 672.26 | $ 21.70 |
| 8 | PRA Receivables Agent for Portfolio Recovery Assets | $ 396.54 | $ 12.80 |
| | PRA Receivables | | |

**TFR (4/1/2009)**

| | | | | |
|---|---|---|---|---|
| 10 | Management, LLC As Agent of | $ | 157.17 | $ | 5.07 |
| 11 | PRA Receivables Management, LLC As Agent of | $ | 3,061.74 | $ | 98.83 |
| 12 | Capital One Bank (USA), N.A. | $ | 12,003.57 | $ | 387.45 |
| 13 | PRA Receivables, Agent for Portfolio Recovery Associates | $ | 2,623.90 | $ | 84.69 |
| 14 | CR Evergreen, LLC | $ | 8,623.30 | $ | 278.34 |
| 16 | Quantum3 Group LLC as agent for World Financial Network Bank | $ | 119.39 | $ | 3.85 |

Late filed general (unsecured) claims are as follows:

*Claim Number    Claimant*                              *Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number    Claimant*                              *Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**TFR (4/1/2009)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION**

In Re:

DEPIERRO, DIANE LYNN

Case No. 10-80546 C-7

38-7044602

Debtor(s).

---

## SUMMARY OF SERVICES RENDERED BY JOHN A. NORTHEN (CHAPTER 7 TRUSTEE)

From April 9, 2012, through the closing of this case, the undersigned has and will perform professional services for the estate in the capacity of Trustee. Attached hereto is an itemization of time expended and expenses incurred in the performance of these services.

| Name/Title | Hours spent |
|---|---|
| JOHN A. NORTHEN (Chapter 7 Trustee), Trustee | 0.2 |
| Elaine VanCise, Certified Paralegal | 4.6 |
| Stephanie Osborne-Rodgers, Associate | 3.8 |

Pursuant to Section 326(a), Trustee's compensation would be as follows (Calculated on Total Disbursements) based on formula per petition filing date:

| | |
|---|---|
| 25% of first $5,000.00 ($1,250.00 maximum) | $921.54 |
| 10% of next $45,000.00 ($4,500.00 maximum) | $0.00 |
| 5% of next $950,000.00 ($47,500.00 maximum) | $0.00 |
| 3% of balance | $0.00 |

| | |
|---|---|
| Total Disbursements and Projected Disbursements | $7,372.31 |
| Less Non-Compensable Disbursements | $3,686.15 |
| Compensable Disbursements and Projected Disbursements | $3,686.16 |
| Total Compensations | $921.54 |
| Expenses (see attached itemization for detail) | $0.00 |
| Total Amount Requested | $921.54 |

Respectfully submitted this 5th day of March, 2013.

/s/ JOHN A. NORTHEN (Chapter 7 Trustee)
JOHN A. NORTHEN (Chapter 7 Trustee), Trustee
N.C. State Bar No. 6789
1414 Raleigh Road
Suite 435
Chapel Hill, NC 27517
Telephone: (919) 968-4441

## Northen Blue, L.L.P.
1414 Raleigh Road
Suite 435
Chapel Hill, North Carolina 27517

Ph:919-968-4441      Fax:919-942-6603

Diane Depierro
6650 Cresent Moon Court #307
Raleigh, North Carolina 27606

February 13, 2013
File #:    O-28691c
Inv #:      ' .

**Attention:**

**RE:**    Trustee

## SUMMARY BY TASK

| Task | | Effective Rate | Hours | Amount |
|------|------|---:|---:|---:|
| BW | Billable Work | $198.26 | 8.60 | 1,705.00 |
| | **Total** | | **8.60** | **$1,705.00** |
| | **Grand Total** | | **8.60** | **$1,705.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | This Invoice Hours | This Invoice Amount | Cumulative Hours | Cumulative Amount |
|------------|----------|-----:|-----:|-----:|-----:|-----:|
| John A Northen | Partner | 480.00 | 0.20 | 96.00 | 0.20 | 96.00 |
| Stephanie Osborne-Rodgers | Associate | 290.79 | 3.80 | 1,105.00 | 3.80 | 1,105.00 |
| Elaine VanCise | Paralegal | 109.57 | 4.60 | 504.00 | 4.60 | 504.00 |
| **Total** | | | **8.60** | **$1,705.00** | **8.60** | **$1,705.00** |

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Jul-09-12 | Drafted notice of assets and efiled same; instructed JWK to send check to non-filing co-owner of non-exempt asset | 0.30 | 87.00 | SO |
| Oct-30-12 | Claims review | 2.00 | 580.00 | SO |
| Oct-31-12 | Claims review | 1.20 | 348.00 | SO |
| Nov-08-12 | Reconcile bank accounts; generate bank service fee report and Form 3 and email to B.A. | 0.20 | 20.00 | EVC |
| Jan-04-13 | Reconcile bank accounts (Rabobank and Mellon); generate and email bank fees report to B.A.; generate and email Form 3 to B.A. | 0.30 | 33.00 | EVC |
| Jan-11-13 | Review file and update for preparation of interim report | 0.40 | 44.00 | EVC |
| Jan-12-13 | Generate, review and efile interim report | 0.10 | 11.00 | EVC |
| Feb-11-13 | Review distributions and supporting documents (est) | 0.20 | 96.00 | JAN |
|  | Review final reports and miscellanous documents (est) | 0.30 | 90.00 | SO |
|  | Update status of claims 3 and 9 per claim objection orders | 0.20 | 22.00 | EVC |
|  | Reconcile claims on Caselink with claims register updated by SOR | 0.40 | 44.00 | EVC |
|  | Draft final reports and miscellaneous closing documents; generate distributions; reconcile bank accounts to close (est) | 3.00 | 330.00 | EVC |
|  | Totals | 8.60 | $1,705.00 | |

**Total Fees & Disbursements**                                        $1,705.00

Previous Balance                                                          $0.00
Previous Payments                                                        $0.00

**Balance Due Now**                                                   $1,705.00