# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In re: DEPIERRO, DIANE LYNN   § Case No. 10-80546
                              §
                              §
Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  JOHN A. NORTHEN (Chapter 7 Trustee), chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                    Assets Exempt: $29,184.13

Total Distribution to Claimants: $1,272.12     Claims Discharged
                                               Without Payment: $53,817.52

Total Expenses of Administration: $2,414.04

---

  3) Total gross receipts of $ 7,372.31 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,686.15 (see **Exhibit 2**), yielded net receipts of $3,686.16 from the liquidation of the property of the estate, which was distributed as follows:

**TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $254,841.90 | $284,383.07 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,414.04 | 2,414.04 | 2,414.04 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,373.00 | 39,691.97 | 39,411.64 | 1,272.12 |
| **TOTAL DISBURSEMENTS** | $309,214.90 | $326,489.08 | $41,825.68 | $3,686.16 |

  4) This case was originally filed under Chapter 11 on March 25, 2010 and it was converted to Chapter 7 on April 09, 2012. The case was pending for 38 months.

  5) A copy of the final bank statement of the estate, reflecting a zero balance, has been submitted to the Bankruptcy Administrator.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2013  By: /s/JOHN A. NORTHEN (Chapter 7 Trustee)
            Trustee

**TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Automobile 2005 Toyota Camry VIN: 4T1 BA32K95U04 | 1129-000 | 7,372.31 |
| **TOTAL GROSS RECEIPTS** | | **$7,372.31** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Christopher De Pierro | Co-Owner's equity in surplus proceeds of truck following sale | 8500-002 | 3,686.15 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,686.15** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HSBC Bank Nevada, N.A. | 4210-000 | 2,149.00 | 1,742.05 | 0.00 | 0.00 |
| WORLD OMNI FINANCIAL CORP | 4210-000 | N/A | 24,272.77 | 0.00 | 0.00 |
| WORLD OMNI FINANCIAL CORP | 4210-000 | 24,135.40 | 24,272.77 | 0.00 | 0.00 |
| BAC Home Loans Servicing, LP | 4210-000 | 228,077.50 | 233,930.48 | 0.00 | 0.00 |
| Lochside Master HOA | 4120-000 | N/A | 165.00 | 0.00 | 0.00 |
| CAS, Inc. | 4110-000 | 480.00 | N/A | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$254,841.90** | **$284,383.07** | **$0.00** | **$0.00** |

**TDR (4/1/2009)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN A. NORTHEN (Chapter 7 Trustee) | 2100-000 | N/A | 921.54 | 921.54 | 921.54 |
| Northen Blue, LLP | 3110-000 | N/A | 1,347.50 | 1,347.50 | 1,347.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $2,414.04 | $2,414.04 | $2,414.04 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**TDR (4/1/2009)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | 4,209.00 | 4,209.66 | 4,209.66 | 135.88 |
| HSBC Bank Nevada, N.A. | 7100-000 | N/A | 407.28 | 407.28 | 13.15 |
| Chase Bank USA, N.A. | 7100-000 | 280.00 | 280.33 | 280.33 | 9.05 |
| American Express Bank FSB | 7100-000 | 6,544.00 | 6,737.11 | 6,737.11 | 217.46 |
| American InfoSource as agent for World Financial | 7100-000 | 166.00 | 119.39 | 119.39 | 3.85 |
| PRA Receivables Management, LLC As Agent Of | 7100-000 | 672.00 | 672.26 | 672.26 | 21.70 |
| PRA Receivables Agent for Portfolio Recovery Assets | 7100-000 | 396.00 | 396.54 | 396.54 | 12.80 |
| PRA Receivables Management, LLC As Agent of | 7100-000 | 157.00 | 157.17 | 157.17 | 5.07 |
| PRA Receivables Management, LLC As Agent of | 7100-000 | 3,061.00 | 3,061.74 | 3,061.74 | 98.83 |
| Capital One Bank (USA), N.A. | 7100-000 | 11,964.00 | 12,003.57 | 12,003.57 | 387.45 |
| PRA Receivables, Agent for Portfolio Recovery Associates | 7100-000 | 2,623.00 | 2,623.90 | 2,623.90 | 84.69 |
| CR Evergreen, LLC | 7100-000 | 8,623.00 | 8,623.30 | 8,623.30 | 278.34 |
| Quantum3 Group LLC as agent for World Financial Network Bank | 7100-000 | N/A | 119.39 | 119.39 | 3.85 |
| Capital One, N.A. | 7100-000 | N/A | 280.33 | 0.00 | 0.00 |
| Citi Card** | 7100-000 | 15,678.00 | N/A | 0.00 | 0.00 |

**TDR (4/1/2009)**

| TOTAL GENERAL UNSECURED CLAIMS | $54,373.00 | $39,691.97 | $39,411.64 | $1,272.12 |

**TDR (4/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-80546  
**Case Name:** DEPIERRO, DIANE LYNN  

**Period Ending:** 06/13/13

**Trustee:** (530150) JOHN A. NORTHEN (Chapter 7 Trustee)  
**Filed (f) or Converted (c):** 04/09/12 (c)  
**§341(a) Meeting Date:** 05/11/12  
**Claims Bar Date:** 10/16/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | House and Land 914 Odyssey Drive Durham, NC 2771<br>　Orig. Asset Memo: Orig. Description: House and Land<br>914 Odyssey Drive<br>Durham, NC 27713<br>Valuation Method (Sch. A & B) : FMV unless otherwise noted. | 254,639.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Hand<br>　Orig. Asset Memo: Orig. Description: Cash on Hand | 30.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account Sun Trust Bank<br>　Orig. Asset Memo: Orig. Description: Checking Account<br>Sun Trust Bank | 350.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings Account Sun Trust Bank<br>　Orig. Asset Memo: Orig. Description: Savings Account<br>Sun Trust Bank | 11.13 | 0.00 | DA | 0.00 | FA |
| 5 | Household Goods and Furnishings<br>　Orig. Asset Memo: Orig. Description: Household Goods and Furnishings | 3,025.00 | 2,722.50 | DA | 0.00 | FA |
| 6 | Clothing<br>　Orig. Asset Memo: Orig. Description: Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 7 | Anticipated 2009 Federal Tax Returns (Debtor owe<br>　Orig. Asset Memo: Orig. Description: Anticipated 2009 Federal Tax Returns<br>(Debtor owes $1,802.00 for State Tax Returns) | 2,004.00 | 0.00 | DA | 0.00 | FA |
| 8 | Automobile 2005 Toyota Camry VIN: 4T1 BA32K95U04<br>　Overage received from lender after repossesion sale<br><br>Insurance Policy: GEICO - 4151-48-49-81<br>Mileage: 48,566 | 9,220.00 | 7,372.31 | | 7,372.31 | FA |
| 9 | Automobile 2009 Toyota Tacoma VIN: 5TETX62N99Z60 | 18,045.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-80546  
**Case Name:** DEPIERRO, DIANE LYNN

**Trustee:** (530150) JOHN A. NORTHEN (Chapter 7 Trustee)  
**Filed (f) or Converted (c):** 04/09/12 (c)  
**§341(a) Meeting Date:** 05/11/12

**Period Ending:** 06/13/13

**Claims Bar Date:** 10/16/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 10 | Possible Consumer Rights Claim(s) Subject to App Orig. Asset Memo: Orig. Description: Possible Consumer Rights Claim(s) Subject to Approval of Settlement/Award by Bankruptcy Court | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | **Assets** **Totals** (Excluding unknown values) | **$287,724.13** | **$10,094.81** | | **$7,372.31** | **$0.00** |

**Major Activities Affecting Case Closing:**

Draft orders for objections to claims.

Draft final report and fee application.

Debtor changed address per docket 7/2/12

**Initial Projected Date Of Final Report (TFR):** December 31, 2012     **Current Projected Date Of Final Report (TFR):** March 5, 2013 (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-80546  
**Case Name:** DEPIERRO, DIANE LYNN  
**Taxpayer ID #:** **-***4602  
**Period Ending:** 06/13/13

**Trustee:** JOHN A. NORTHEN (Chapter 7 Trustee) (530150)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****502566 - Checking Account  
**Blanket Bond:** $20,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,561.16 | | 3,561.16 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,551.16 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,541.16 |
| 04/19/13 | 10102 | JOHN A. NORTHEN (Chapter 7 Trustee) | Dividend paid 100.00% on $921.54, Trustee Compensation; Reference: | 2100-000 | | 921.54 | 2,619.62 |
| 04/19/13 | 10103 | Northen Blue, LLP | Dividend paid 100.00% on $1,347.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,347.50 | 1,272.12 |
| 04/19/13 | 10104 | JEFFERSON CAPITAL SYSTEMS LLC | Dividend paid 3.22% on $4,209.66; Claim# 1; Filed: $4,209.66; Reference: 4312-4325-4598-5921 | 7100-000 | | 135.88 | 1,136.24 |
| 04/19/13 | 10105 | HSBC Bank Nevada, N.A. | Dividend paid 3.22% on $407.28; Claim# 2U; Filed: $407.28; Reference: | 7100-000 | | 13.15 | 1,123.09 |
| 04/19/13 | 10106 | Chase Bank USA,N.A. | Dividend paid 3.22% on $280.33; Claim# 4; Filed: $280.33; Reference: 035-9554-342 | 7100-000 | | 9.05 | 1,114.04 |
| 04/19/13 | 10107 | American Express Bank FSB | Dividend paid 3.22% on $6,737.11; Claim# 5; Filed: $6,737.11; Reference: 3772-135080-81001 | 7100-000 | | 217.46 | 896.58 |
| 04/19/13 | 10108 | American InfoSource as agent for World Financial | Dividend paid 3.22% on $119.39; Claim# 6; Filed: $119.39; Reference: 5856371017816207 | 7100-000 | | 3.85 | 892.73 |
| 04/19/13 | 10109 | PRA Receivables Management, LLC As Agent Of | Dividend paid 3.22% on $672.26; Claim# 7; Filed: $672.26; Reference: | 7100-000 | | 21.70 | 871.03 |
| 04/19/13 | 10110 | PRA Receivables Agent for Portfolio Recovery Assets | Dividend paid 3.22% on $396.54; Claim# 8; Filed: $396.54; Reference: | 7100-000 | | 12.80 | 858.23 |
| 04/19/13 | 10111 | PRA Receivables Management, LLC As Agent of | Dividend paid 3.22% on $157.17; Claim# 10; Filed: $157.17; Reference: 5121-0719-4693-7723 | 7100-000 | | 5.07 | 853.16 |
| 04/19/13 | 10112 | PRA Receivables Management, LLC As Agent of | Dividend paid 3.22% on $3,061.74; Claim# 11; Filed: $3,061.74; Reference: 5049-9415-7607-6985 | 7100-000 | | 98.83 | 754.33 |
| 04/19/13 | 10113 | Capital One Bank (USA), N.A. | Dividend paid 3.22% on $12,003.57; Claim# 12; Filed: $12,003.57; Reference: 5291-4926-3855-3665 | 7100-000 | | 387.45 | 366.88 |
| 04/19/13 | 10114 | PRA Receivables, Agent for Portfolio Recovery Associates | Dividend paid 3.22% on $2,623.90; Claim# 13; Filed: $2,623.90; Reference: 6034611400116456 | 7100-000 | | 84.69 | 282.19 |
| 04/19/13 | 10115 | CR Evergreen, LLC | Dividend paid 3.22% on $8,623.30; Claim# 14; Filed: $8,623.30; Reference: | 7100-000 | | 278.34 | 3.85 |

Subtotals: $3,561.16  $3,557.31

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-80546  
**Case Name:** DEPIERRO, DIANE LYNN

**Taxpayer ID #:** **-***4602  
**Period Ending:** 06/13/13

**Trustee:** JOHN A. NORTHEN (Chapter 7 Trustee) (530150)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****502566 - Checking Account  
**Blanket Bond:** $20,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 4888-9300-2378-0049 | | | | |
| 04/19/13 | 10116 | Quantum3 Group LLC as agent for World Financial Network Bank | Dividend paid  3.22% on $119.39; Claim# 16; Filed: $119.39; Reference: | 7100-000 | | 3.85 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,561.16 | 3,561.16 | $0.00 |
| | | | Less: Bank Transfers | | 3,561.16 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 3,561.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $3,561.16 | |

Exhibit 9
# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| Case Number: | 10-80546 |
| Case Name: | DEPIERRO, DIANE LYNN |
| Taxpayer ID #: | **-***4602 |
| Period Ending: | 06/13/13 |

| | |
|---|---|
| Trustee: | JOHN A. NORTHEN (Chapter 7 Trustee) (530150) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******41-66 - Checking Account |
| Blanket Bond: | $20,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/10/12 | {8} | World Omni Financial Corp | overage on sale of vehicle | 1129-000 | 770.35 | | 770.35 |
| 07/10/12 | {8} | World Omni Financial Corp. | surplus on sale of vehicle | 1129-000 | 6,601.96 | | 7,372.31 |
| 07/19/12 | 101 | Christopher De Pierro | Co-Owner's equity in surplus proceeds of truck following sale | 8500-002 | | 3,686.15 | 3,686.16 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,661.16 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,636.16 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,611.16 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,586.16 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,561.16 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001053015088 20121220 | 9999-000 | | 3,561.16 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,372.31 | 7,372.31 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,561.16 | |
| | | | Subtotal | | 7,372.31 | 3,811.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,372.31 | $3,811.15 | |

| | |
|---|---|
| Net Receipts : | 7,372.31 |
| Less Other Noncompensable Items : | 3,686.15 |
| Net Estate : | $3,686.16 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****502566 | 0.00 | 3,561.16 | 0.00 |
| Checking # 9200-******41-66 | 7,372.31 | 3,811.15 | 0.00 |
| | $7,372.31 | $7,372.31 | $0.00 |

{} Asset reference(s)

Case 10-80546   Doc 110   Filed 06/13/13   Page 11 of 11   Printed: 06/13/2013 12:03 PM   V.13.12